UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| In re: | § | Case No. 16-01185-LT7 |
|---|---|---|
| | § | |
| PEDIATRIC BIOSCIENCE, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Gerald H. Davis, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $26,463.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $8,346.97 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $23,445.93 | | |

3) Total gross receipts of $31,792.90 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $31,792.90 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,829.80 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $23,445.93 | $23,445.93 | $23,445.93 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $6,488.23 | $6,488.23 | $6,488.23 |
| General Unsecured Claims (from **Exhibit 7**) | $1,570,206.84 | $1,322,332.62 | $1,271,218.06 | $1,858.74 |
| **Total Disbursements** | $1,572,036.64 | $1,352,266.78 | $1,301,152.22 | $31,792.90 |

4). This case was originally filed under chapter 7 on 03/02/2016. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2017     By:  /s/ Gerald H. Davis
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| FURNITURE, FIXTURES AND EQUIPMENT | 1129-000 | $9,397.00 |
| WELLS FARGO # 2843 | 1129-000 | $6,280.14 |
| WELLS FARGO ACCOUNT 7407 | 1129-000 | $15,098.62 |
| REFUND OF INSURANCE | 1290-000 | $1,017.14 |
| **TOTAL GROSS RECEIPTS** | | **$31,792.90** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marlin Business Bank | 4210-000 | $1,829.80 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,829.80** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GERALD H. DAVIS, Trustee | 2100-000 | NA | $3,929.29 | $3,929.29 | $3,929.29 |
| GERALD H. DAVIS, Trustee | 2200-000 | NA | $154.10 | $154.10 | $154.10 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $35.07 | $35.07 | $35.07 |
| Integrity Bank | 2600-000 | NA | $354.35 | $354.35 | $354.35 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| NGS, LLP, JEAN M. GODDARD CPA, Accountant for Trustee | 3410-000 | NA | $5,982.00 | $5,982.00 | $5,982.00 |
| R. DEAN JOHNSON, Accountant for Trustee | 3410-000 | NA | $5,146.00 | $5,146.00 | $5,146.00 |
| R. DEAN JOHNSON, Accountant for Trustee | 3420-000 | NA | $389.92 | $389.92 | $389.92 |
| AUCTIONEER | 3630-000 | NA | $939.70 | $939.70 | $939.70 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| FEES, On-Line Auctioneer for Trustee | | | | | |
| AUCTIONEER EXPENSES, On-Line Auctioneer for Trustee | 3640-000 | NA | $5,032.00 | $5,032.00 | $5,032.00 |
| NATHAN A. RAKOV , Field Representative/ Adjuster for Trustee | 3991-400 | NA | $683.50 | $683.50 | $683.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $23,445.93 | $23,445.93 | $23,445.93 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 19 | Employment Development Department | 5800-000 | $0.00 | $6,488.23 | $6,488.23 | $6,488.23 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,488.23 | $6,488.23 | $6,488.23 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | R&D Systems, Inc. | 7100-000 | $0.00 | $1,114.56 | $0.00 | $0.00 |
| 2 | Karen Donovan | 7100-000 | $21,529.86 | $20,000.00 | $20,000.00 | $29.70 |
| 3 | BioreclamationIVT | 7100-000 | $96.00 | $96.00 | $96.00 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 3; BioreclamationIVT) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.14 |
| 4 | The Ems, LLC | 7100-000 | $5,228.30 | $5,228.30 | $5,228.30 | $7.77 |
| 5 | Edward Stolbof | 7100-000 | $53,989.04 | $53,989.04 | $53,989.04 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 5; Edward Stolbof) | 7100-001 | $0.00 | $0.00 | $0.00 | $80.21 |
| 6 | R&D Systems, Inc. | 7100-000 | $1,114.56 | $1,114.56 | $1,114.56 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 6; | 7100-001 | $0.00 | $0.00 | $0.00 | $1.66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | R&D Systems, Inc.) | | | | | |
| 7 | Foley & Lardner LLP | 7100-000 | $57,123.86 | $57,771.28 | $57,771.28 | $85.83 |
| 8 | Beverly Cormier | 7100-000 | $33,306.75 | $29,475.00 | $29,475.00 | $43.79 |
| 9 | Jan D'Alvise | 7100-000 | $260,122.61 | $260,122.61 | $260,122.61 | $386.44 |
| 10 | William D. Henner | 7100-000 | $16,196.71 | $65,000.00 | $15,000.00 | $22.28 |
| 11 | Arizona Pediatric Bio Investors LLC | 7100-000 | $213,256.71 | $214,641.92 | $214,641.92 | $318.87 |
| 12 | ATIF Sidecar Fund II LLC | 7100-000 | $78,824.00 | $79,336.00 | $79,336.00 | $117.86 |
| 13 | Novus Biologicals, LLC | 7100-000 | $18,641.00 | $18,641.00 | $18,641.00 | $27.69 |
| 14 | Marlin Business Bank | 7100-000 | $145.80 | $1,337.70 | $1,337.70 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 14; Marlin Business Bank) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.99 |
| 15 | Jerome H. Casey | 7100-000 | $26,912.33 | $25,000.00 | $25,000.00 | $37.14 |
| 16 | BRS Torrey I, LLC | 7100-000 | $49,960.35 | $462,297.11 | $462,297.11 | $686.79 |
| 17 | Wolff IP | 7100-000 | $7,118.75 | $7,118.75 | $7,118.75 | $10.58 |
| 18 | U.S. TelePacific Corp. | 7200-000 | $566.29 | $6,295.89 | $6,295.89 | $0.00 |
| 19a | Employment Development Department | 7200-000 | $0.00 | $13,752.90 | $13,752.90 | $0.00 |
| | AHI-LHF Partners, LLC | 7100-000 | $26,912.33 | $0.00 | $0.00 | $0.00 |
| | Alison Taunton-Rigby | 7100-000 | $16,147.40 | $0.00 | $0.00 | $0.00 |
| | AXA/Equitable Life Insurance Co. | 7100-000 | $1,258.06 | $0.00 | $0.00 | $0.00 |
| | BioPhase Solutions | 7100-000 | $16,921.74 | $0.00 | $0.00 | $0.00 |
| | Cal. Employment Development Dept. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Carl M. Berke | 7100-000 | $21,529.86 | $0.00 | $0.00 | $0.00 |
| | Clean Environments | 7100-000 | $254.00 | $0.00 | $0.00 | $0.00 |
| | Craig P. Baskin | 7100-000 | $16,147.40 | $0.00 | $0.00 | $0.00 |
| | Desert Sidecar V, LLC | 7100-000 | $55,096.09 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  | | | | | |
|---|---|---|---|---|---|
| Dilip Patel and Bhavini Patel | 7100-000 | $21,529.86 | $0.00 | $0.00 | $0.00 |
| Dlesk Freedom Fund LLC | 7100-000 | $21,529.86 | $0.00 | $0.00 | $0.00 |
| Donald E. Pogorzelski | 7100-000 | $26,912.33 | $0.00 | $0.00 | $0.00 |
| Dr. Judith A. Van de Water | 7100-000 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| Dr. Judy Van de Water | 7100-000 | $11,865.00 | $0.00 | $0.00 | $0.00 |
| ExonBIO, LLC | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Fort Point Fund Two LLC | 7100-000 | $53,824.66 | $0.00 | $0.00 | $0.00 |
| Gallina, LLP | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| Graham Family Investments, LLC | 7100-000 | $53,989.04 | $0.00 | $0.00 | $0.00 |
| James M. Woody 2006 Trust | 7100-000 | $53,989.04 | $0.00 | $0.00 | $0.00 |
| Jeffrey Elton | 7100-000 | $16,147.40 | $0.00 | $0.00 | $0.00 |
| John McKinley Linville Jr. Trust | 7100-000 | $26,994.52 | $0.00 | $0.00 | $0.00 |
| Life Technologies | 7100-000 | $637.10 | $0.00 | $0.00 | $0.00 |
| Marcia Thompson | 7100-000 | $53,989.04 | $0.00 | $0.00 | $0.00 |
| Mark R. Bamforth | 7100-000 | $26,912.33 | $0.00 | $0.00 | $0.00 |
| Michael Dolen | 7100-000 | $53,989.04 | $0.00 | $0.00 | $0.00 |
| Regents of the University of California | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| Richard Anders | 7100-000 | $21,529.86 | $0.00 | $0.00 | $0.00 |
| Samuel A. Forman | 7100-000 | $26,912.33 | $0.00 | $0.00 | $0.00 |
| SeraCare Life Sciences, Inc | 7100-000 | $160.58 | $0.00 | $0.00 | $0.00 |
| The Hallmark Grp Retrmt. Trust U/A Dtd. 1/1/03 | 7100-000 | $26,994.52 | $0.00 | $0.00 | $0.00 |
| The Joel P. Davidsen Trust No. 1 | 7100-000 | $10,764.93 | $0.00 | $0.00 | $0.00 |
| The Regents of the University of CA | 7100-000 | $22,223.27 | $0.00 | $0.00 | $0.00 |
| Tichenor Ventures, LLC | 7100-000 | $26,912.33 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,570,206.84 | $1,322,332.62 | $1,271,218.06 | $1,858.74 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 16-01185-LT | Trustee Name: | Gerald H. Davis |
|---|---|---|---|
| Case Name: | PEDIATRIC BIOSCIENCE, INC. | Date Filed (f) or Converted (c): | 03/02/2016 (f) |
| For the Period Ending: | 8/24/2017 | §341(a) Meeting Date: | 03/31/2016 |
| | | Claims Bar Date: | 06/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO ACCOUNT 7407 | $15,098.62 | $15,098.62 | | $15,098.62 | FA |
| 2 | WELLS FARGO # 2843 | $6,280.14 | $6,280.14 | | $6,280.14 | FA |
| 3 | DEPOSITS - RENT | $11,550.00 | $0.00 | | $0.00 | FA |
| 3 | DEPOSITS - RENT | $11,550.00 | $0.00 | | $0.00 | FA |
| 4 | PREPAYMENTS | $3,363.00 | $0.00 | | $0.00 | FA |
| 5 | FURNITURE, FIXTURES AND EQUIPMENT | $87,756.00 | $9,397.00 | OA | $9,397.00 | FA |
| 6 | LEASE - REAL PROPERTY | $0.00 | $0.00 | | $0.00 | FA |
| 7 | INTELLECTUAL PROPERTY | $0.00 | $0.00 | OA | $0.00 | FA |
| 8 | INSURNACE - D & O | $0.00 | $0.00 | | $0.00 | FA |
| 9 | REFUND OF INSURANCE (u) | $0.00 | $1,017.14 | | $1,017.14 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $135,597.76 | $31,792.90 | | $31,792.90 | $0.00 |

**Major Activities affecting case closing:**
03/31/2017    TFR AT UST
01/09/2017    Tax issues - mail serve IRS for possible claims and monitor for filing of such prior to closing - 4/1/17

Initial Projected Date Of Final Report (TFR):    12/31/2016    Current Projected Date Of Final Report (TFR):    04/01/2017    /s/ GERALD H. DAVIS

GERALD H. DAVIS

**FORM 2**     Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-01185-LT | Trustee Name: | Gerald H. Davis |
|---|---|---|---|
| Case Name: | PEDIATRIC BIOSCIENCE, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4014 | Checking Acct #: | ******1185 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/2/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/24/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/23/2016 | (1) | WELLS FARGO | CLOSEOUT OF ACCOUNT #7407 | 1129-000 | $15,098.62 | | $15,098.62 |
| 03/23/2016 | (2) | WELLS FARGO BANK | CLOSE OUT OF ACCOUNT # 2843 | 1129-000 | $6,280.14 | | $21,378.76 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.90 | $21,369.86 |
| 04/25/2016 | 101 | NATHAN A. RAKOV | ADJUSTER FEES INVOICE 20160422A | 3991-400 | | $683.50 | $20,686.36 |
| 04/27/2016 | (9) | CNA | PRE CASE FILING REFUND ON DIRECT BILL ACCOUNT | 1290-000 | $271.00 | | $20,957.36 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $33.38 | $20,923.98 |
| 05/09/2016 | | FISCHER AUCTION | NET AUCTION PROCEEDS | * | $3,425.30 | | $24,349.28 |
| | {5} | | GROSS AUCTION PROCEEDS     $9,397.00 | 1129-000 | | | $24,349.28 |
| | | | AUCTIONEER FEES     $(939.70) | 3630-000 | | | $24,349.28 |
| | | | AUCTIONEER EXPENSES     $(5,032.00) | 3640-000 | | | $24,349.28 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $37.74 | $24,311.54 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $37.95 | $24,273.59 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $39.15 | $24,234.44 |
| 08/24/2016 | (9) | BARNEY & BARNEY | REFUND ON INSURANCE | 1290-000 | $746.14 | | $24,980.58 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $39.36 | $24,941.22 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $38.93 | $24,902.29 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $40.17 | $24,862.12 |
| 11/09/2016 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM | 2300-000 | | $35.07 | $24,827.05 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $38.78 | $24,788.27 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $39.99 | $24,748.28 |
| 01/26/2017 | 103 | FRANCHISE TAX BOARD | 12/2017 FORM 100-ES CA#3190657 | 2820-000 | | $800.00 | $23,948.28 |
| 03/21/2017 | 104 | GERALD H. DAVIS | TRUSTEE FEES PER COURT ORDER 03/20/17 | 2100-000 | | $3,929.29 | $20,018.99 |
| 03/21/2017 | 105 | GERALD H. DAVIS | TRUSTEE EXPENSES PER COURT ORDER 03/20/17 | 2200-000 | | $154.10 | $19,864.89 |
| 04/21/2017 | 106 | R. DEAN JOHNSON | CPA FOR TRUSTEE PER COURT ORDER 04/20/17 | 3410-000 | | $5,146.00 | $14,718.89 |
| 04/21/2017 | 107 | R. DEAN JOHNSON | CPA FOR TRUSTEE EXPENSES 04/20/17 | 3420-000 | | $389.92 | $14,328.97 |
| 04/26/2017 | 108 | NGS, LLP, JEAN M. GODDARD CPA | CPA FOR TRUSTEE FEES PER COURT ORDER 04/25/17 | 3410-000 | | $5,982.00 | $8,346.97 |

SUBTOTALS     $25,821.20     $17,474.23

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 16-01185-LT | Trustee Name: | Gerald H. Davis |
|---|---|---|---|
| Case Name: | PEDIATRIC BIOSCIENCE, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4014 | Checking Acct #: | ******1185 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/2/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/24/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/15/2017 | 109 | Employment Development Department | Claim #: 19; Distribution Dividend: 100.00; | 5800-000 | | $6,488.23 | $1,858.74 |
| 05/15/2017 | 110 | Karen Donovan | Claim #: 2; Distribution Dividend: 0.15; | 7100-000 | | $29.70 | $1,829.04 |
| 05/15/2017 | 111 | Clerk, US Bankruptcy Court | Small Dividends | * | | $3.79 | $1,825.25 |
| | | | Claim Amount $(0.14) | 7100-001 | | | $1,825.25 |
| | | | Claim Amount $(1.66) | 7100-001 | | | $1,825.25 |
| | | | Claim Amount $(1.99) | 7100-001 | | | $1,825.25 |
| 05/15/2017 | 112 | The Ems, LLC | Claim #: 4; Distribution Dividend: 0.15; | 7100-000 | | $7.77 | $1,817.48 |
| 05/15/2017 | 113 | Edward Stolbof | Claim #: 5; Distribution Dividend: 0.15; | 7100-000 | | $80.21 | $1,737.27 |
| 05/15/2017 | 114 | Foley & Lardner LLP | Claim #: 7; Distribution Dividend: 0.15; | 7100-000 | | $85.83 | $1,651.44 |
| 05/15/2017 | 115 | Beverly Cormier | Claim #: 8; Distribution Dividend: 0.15; | 7100-000 | | $43.79 | $1,607.65 |
| 05/15/2017 | 116 | Jan D'Alvise | Claim #: 9; Distribution Dividend: 0.15; | 7100-000 | | $386.44 | $1,221.21 |
| 05/15/2017 | 117 | William D. Henner | Claim #: 10; Distribution Dividend: 0.15; | 7100-000 | | $22.28 | $1,198.93 |
| 05/15/2017 | 118 | Arizona Pediatric Bio Investors LLC | Claim #: 11; Distribution Dividend: 0.15; | 7100-000 | | $318.87 | $880.06 |
| 05/15/2017 | 119 | ATIF Sidecar Fund II LLC | Claim #: 12; Distribution Dividend: 0.15; | 7100-000 | | $117.86 | $762.20 |
| 05/15/2017 | 120 | Novus Biologicals, LLC | Claim #: 13; Distribution Dividend: 0.15; | 7100-000 | | $27.69 | $734.51 |
| 05/15/2017 | 121 | Jerome H. Casey | Claim #: 15; Distribution Dividend: 0.15; | 7100-000 | | $37.14 | $697.37 |
| 05/15/2017 | 122 | BRS Torrey I, LLC | Claim #: 16; Distribution Dividend: 0.15; | 7100-000 | | $686.79 | $10.58 |
| 05/15/2017 | 123 | Wolff IP | Claim #: 17; Distribution Dividend: 0.15; | 7100-000 | | $10.58 | $0.00 |
| 08/15/2017 | 113 | STOP PAYMENT: Edward Stolbof | Stop Payment for Check# 113 | 7100-004 | | ($80.21) | $80.21 |
| 08/15/2017 | 124 | Clerk, US Bankruptcy Court | Unclaimed Funds | 7100-001 | | $80.21 | $0.00 |
| | | | | SUBTOTALS | $0.00 | $8,346.97 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3    Exhibit 9

| Case No.: | 16-01185-LT | Trustee Name: | Gerald H. Davis |
|---|---|---|---|
| Case Name: | PEDIATRIC BIOSCIENCE, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4014 | Checking Acct #: | ******1185 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/2/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/24/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $25,821.20 | $25,821.20 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $25,821.20 | $25,821.20 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $25,821.20 | $25,821.20 | |

| For the period of 3/2/2016 to 8/24/2017 | | For the entire history of the account between 03/23/2016 to 8/24/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $31,792.90 | Total Compensable Receipts: | $31,792.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,792.90 | Total Comp/Non Comp Receipts: | $31,792.90 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $31,792.90 | Total Compensable Disbursements: | $31,792.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,792.90 | Total Comp/Non Comp Disbursements: | $31,792.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4   Exhibit 9

| Case No.: | 16-01185-LT | Trustee Name: | Gerald H. Davis |
|---|---|---|---|
| Case Name: | PEDIATRIC BIOSCIENCE, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4014 | Checking Acct #: | ******1185 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/2/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/24/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $25,821.20 | $25,821.20 | $0.00 |

| For the period of 3/2/2016 to 8/24/2017 | | For the entire history of the case between 03/02/2016 to 8/24/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $31,792.90 | Total Compensable Receipts: | $31,792.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,792.90 | Total Comp/Non Comp Receipts: | $31,792.90 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $31,792.90 | Total Compensable Disbursements: | $31,792.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,792.90 | Total Comp/Non Comp Disbursements: | $31,792.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ GERALD H. DAVIS
_____

GERALD H. DAVIS